```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

OCTAVIO PARRA,                         *

       Petitioner,                  *

vs.                                    *

STEVEN ROBERTS, Warden,                *     CASE NO. 3:09-CV-64 (CDL)

       Respondent.                  *

<u>ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Recommendation to Dismiss filed by the United States Magistrate Judge on October 27, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Petitioner has been considered and is found to be without merit.

IT IS SO ORDERED, this 4th day of December, 2009.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE